U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Knoxville

Date: 7/31/2025  Courtroom: 3B - Knoxville

Initial Appearance: [✓] Complaint  [ ] Indictment  [ ] SSI  [ ] Information  [ ] Violation Petition  [ ] Rule 5

Other Hearing: [ ] Arraignment  [ ] Arraignment on SSI

**Case No.** 3:25-MJ-1210   **USA v.** Carlos Andres Munoz Farias

Present Before: HONORABLE Debra C. Poplin   U.S. Magistrate Judge

Jennifer Kolman — Assistant U.S. Attorney
Sarah Olesiuk — Attorney for Defendant  [✓] Appt. [ ] Retd. [ ] Ltd. App.
Loretta Smith — US Probation Officer
Madison McCroskey — Courtroom Deputy
DCR — Court Reporter / Digital Recording
Maria Cruz — Interpreter  [✓] SWORN

**PROCEEDINGS:**
- [✓] Financial affidavit executed
- [ ] Deft. retained an attorney
- [✓] Deft. advised of rights
- [ ] Deft. waived reading of Indictment/Information
- [ ] Deft. pleads not guilty on counts ____
- [ ] Not guilty plea entered by Court on defendant's behalf
- [ ] Deft. requested a Preliminary Examination
- [ ] Court UNSEALED case in its entirety
- [ ] Court UNSEALED case as to the defendant(s) at this proceeding
- Court Appointed: [✓] Federal Defender or [ ] CJA Attorney
- [ ] Deft. WAIVED appointment of an attorney
- [ ] Indictment/Information Read
- [ ] Deft. entered no plea
- [ ] Deft WAIVED the Rule 5 hearings
- [ ] Case REMAINS sealed

**DATES SET:**
- Jury Trial: 
- Detn Hrg: August 6, 2025 at 3:30 p.m.
- Arraignment: 
- Status Conf: August 21, 2025 at 11:30 a.m.
- Revocation Hrg: 
- Final Pretrial Conf.: 
- Preliminary Examination: 
- Motion Hrg: 
- Other Hrg: 

**DEADLINES SET:**
- Discovery Ddl: 
- Motion Cut-Off: 
- Plea Ddl: 
- Reciprocal Discovery Ddl: 
- Response Ddl: 
- Other: 

**BOND:**
- [✓] Government moved for detention
- [ ] Dft WAIVED detention hrg.  [✓] Detention hrg. set  [ ] Detention hrg. held at Initial Appearance
- [ ] Deft. released on Conditions of Release
- [✓] Deft. remanded to the custody of the U.S. Marshal

I, Madison McCroskey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: 325mj1210 20250731 154236   Court time: 4:00pm to 4:31pm