UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 3:25-MJ-1210 |
| ) | (POPLIN) |
| CARLOS ANDRES MUNOZ FARIAS, ) | |
| ) | |
| Defendant. ) | |

ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

The above-named defendant was scheduled to appear before the undersigned on August 7, 2025, for a detention hearing. Federal Defender Sarah Olesiuk contacted the Court prior to the hearing and advised that the defendant wished to waive his right to a detention hearing while reserving the right to ask for a hearing at a later date. The defendant agreed to detention and executed the appropriate Waiver of Detention Hearing.

Accordingly, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government,

the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

<u>s/Debra C. Poplin</u>
UNITED STATES MAGISTRATE JUDGE