UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.   No. 3:25-MJ-1210
     Poplin

CARLOS ANDRES MUNOZ FARIAS

_____

**MOTION TO SUBSTITUTE COUNSEL AND
NOTICE OF ENTRY OF APPEARANCE**

_____

Comes the defendant, Carlos Munoz Farias, through counsel, pursuant to Local Rule 83.4 and respectfully moves the Court for an Order substituting counsel in this matter. Attorney Sarah H. Olesiuk was previously appointed to represent Mr. Munoz Farias. Undersigned counsel has been retained to represent Mr. Munoz Farias in this case.

For the foregoing reasons, the defendant respectfully requests that Robert R. Kurtz be substituted as counsel of record for the defendant in this matter.

Respectfully submitted on August 12, 2025.

<u>s/ Robert R. Kurtz</u>
Robert R. Kurtz
BPR No. 20832
625 Market Street, Ste. 901
Knoxville, TN 37902
865-522-9942
rrkurtz@gmail.com